**Carmen Facundo RAMIREZ, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 07–73361.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2009.[*]

Filed Jan. 20, 2009.

Carmen Facundo Ramirez, Los Angeles, CA, pro se.

OIL, Julie Pfluger, Esquire, John Hogan, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, BYBEE, and CALLAHAN, Circuit Judges.

MEMORANDUM [**]

Carmen Facundo Ramirez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' decision affirming the immigration judge's denial of petitioner's application for cancel-

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lation of removal based on his failure to establish exceptional and extremely unusual hardship to his United States citizen child.

We lack jurisdiction to review petitioner's contention that he established the requisite extreme hardship to his qualifying relative because it is a nonreviewable discretionary determination. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.